UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY EVANGELISTO PEREZ CHAJ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent, | Case No. 2:26-cv-0510-DAD-JDP<br><br>ORDER |

On February 26, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 10. The court also referred the matter to me for further proceedings. *Id.*

Still pending is respondents' response to the petition, ECF No. 9. Petitioner may file a reply within seven days. If petitioner does not file a reply by this deadline, the matter will be deemed submitted.

1

1  Accordingly, it is hereby ORDERED that petitioner may file a reply to respondents'
2  response within seven days. If petitioner does not file a reply by this deadline, the matter will be
3  deemed submitted.

IT IS SO ORDERED.

Dated: March 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2